# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 72.134.187.60, <br><br> Defendant. | Case No.: 2:23-cv-02868-TJH-SP <br><br> **PROTECTIVE ORDER AND ENTRY OF ORDER SEALING DOCUMENTS [16]** |

**THIS MATTER** was opened to the Court by Lincoln D. Bandlow, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), and by Steven C. Vondran, Esq., on behalf of Defendant John Doe subscriber assigned IP address 72.134.187.60 ("Doe"), as a joint stipulation for the entry of a consent protective order pursuant to Fed. R. Civ. P. 26(c) and for entry of an order sealing documents; the Court having considered the parties' written submissions in connection with the request pursuant to Federal Rule of Civil Procedure 78, and for good cause shown:

**IT IS** on this 29th day of September, 2023,

1. **ORDERED** that Plaintiff may file an unredacted version of its First Amended Complaint under seal;

2. **IT IS FURTHER ORDERED** that the Clerk of the Court shall maintain the caption of this matter as "Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 72.134.187.60" through all stages of the proceeding;

3. **IT IS FURTHER ORDERED** that all documents identifying the Defendant and/or any person associated with the Defendant, including alleged social media and other evidence of alleged BitTorrent activity, shall only be filed on the public docket in redacted form (ensuring that known personally identifiable information is not disclosed), with unredacted versions filed under temporary seal.

_____
HON. TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE