Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

Steven C. Vondran, SBN232337
The Law Offices of Steven C. Vondran, PC
One Sansome Street, Suite 3500
San Francisco, CA  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 72.134.187.60,<br><br>          Defendant. | Case Number: 2:23-cv-02868-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Strike 3 Holdings, LLC and Defendant John Doe subscriber assigned IP address 72.134.187.60 hereby stipulate to dismissal of the above-captioned action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

1

Dated:  February 5, 2024        Respectfully submitted,

                                          By: /s/ *Lincoln D. Bandlow*
                                          Lincoln D. Bandlow, Esq.
                                          Law Offices of Lincoln Bandlow, PC
                                          *Attorney for Plaintiff*

Dated:  February 5, 2024        Respectfully submitted,

                                          By: */s/ Steven C. Vondran*
                                          Steven C. Vondran, Esq.
                                          The Law Offices of Steven C. Vondran, PC
                                          *Attorney for Defendant*

## **STATEMENT OF CONSENT**

I attest that consent to the filing of this document has been obtained from counsel for Defendant John Doe subscriber assigned IP address 72.134.187.60.

Dated: February 5, 2024        By: /s/ *Steven C. Vondran*
                                          Steven C. Vondran, Esq.
                                          *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2024 I electronically filed the forgoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.